LAW OFFICES OF
# RANDALL J. GILLARY, P.C.
COLUMBIA CENTER
201 WEST BIG BEAVER ROAD, SUITE 1020
TROY, MICHIGAN 48084

RANDALL J. GILLARY

KEVIN P. ALBUS

TELEPHONE (248) 528-0440
FACSIMILE (248) 528-3412

June 6, 2006

Mr. James P. Peltier
Clerk to The Hon. Magistrate Judge Wallace Capel, Jr.
UNITED STATES DISTRICT COURT
Eastern District of Michigan
600 Church Street, Room 112
Flint, MI 48502

Re:  Votar, LLC v HS R&A Co., Ltd., et al
     C/A NO: ~~03-74809~~
     05-60125

Dear Mr. Peltier:

Please allow this letter to confirm our telephone conversation this day wherein I advised that I am scheduled to be on a family vacation on June 19th, the scheduled hearing date in the above matter regarding Supplemental Briefs filed in accordance with the Court's Order of May 11, 2006. It was agreed that this hearing date will be changed to a new date of **Monday, June 26, 2006 at 9:30 a.m.**

Thank you for your courtesy in this matter. Please feel free to contact me if you have any questions.

Very truly yours,

RANDALL J. GILLARY

RJG:pm
Enc.

cc/enc:  John A. Libby, Esquire
         Votar, L.L.C.



REPRESENTING THE MANUFACTURER'S SALES AGENT IN COMMISSION DISPUTES