# Commercial Invoice

Invoice No.:2006

**Supplier: HS R&A**
   147-1 Kyo Dong, Yangsan,
   Kyoungnam, Korea
**Contact name: Jun Kim**
**Tell: 248-901-1800 Ext 26**
**Supplier No.: DJAMA**
**Control No.:**
**Order Number:  1273731**
**Phase:  CP**

**Ship to: FORD NEW MODEL PROGRAM**
      WAREHOUSE
      36501 VAN BORN
      ROMULUS MI 48174

| NO. | P/No | P/Name | Qty(pcs) | Pri US $/pc |
|---|---|---|---|---|
| 1 | 7T43-8B274-BC | HOS & CLAMP ASY-RAD UPR | 10 | 90 |
| 2 | 7T43-8B274-AB | HOS &CLAMP ASY-RAD UPR | 10 | 75 |
| 3 | 7T43-8N021-AB | HOS -ENG OIL COOL | 10 | 75 |
| 4 | 7T43-8W005-AD | HOS ASY-RAD OVR/FLO CNTR | 20 | 50 |
| TOTAL | | | 50 | 290 |

**Payment Terms: Net 30th**
 *Bank Information
   - Bank Name: HANA BANK
   - Address: 690-1, JUNG BU -DONG, YANGSAN, KYOUNGNAM, KOREA
   - Account No.: 536-910001-86532
   - Beneficiary: HS R&A Co.,Ltd.

60425-1

| ice |
|-----|
| **US $** |
| **900** |
| **750** |
| **750** |
| **1000** |
| **3400** |