# Commercial Invoice

Invoice No.:20050907

**Supplier:** HS R&A
  147-1 Kyo Dong, Yangsan,
  Kyoungnam, Korea
**Contact name:** Jun Kim
**Tell:** 248-901-1800 Ext 26
**Supplier No.:** DJAMA
**Control No.:**
**Purchase Order:** 1107900
**Phase:** AP2

Ship to: MAZDA MOTOR CORPORATION
  XIC PROTO WAREHOUSE 1-26 NIHO 2 CHOME
  MINAMI-KU HIROSHIMA, JP 7340026

| NO. | P/No | P/Name | Qty(pcs) | Price US $/pc | Price US $ | Tooling Cost (US$) |
|---|---|---|---|---|---|---|
| 1 | 7T43-8B273-A0 | Lower Rad Hose | 100 | 31.3744 | 3,137.44 | 2,070 |
| 2 | 7T43-8B274-A0 | Upper Rad Hose | 100 | 28.0743 | 2,807.43 | 1,670 |
| 3 | 7T43-8W005-A0 | Sub Tank Vent | 100 | 9.8907 | 989.07 | 1,240 |
| 4 | 7T43-8C633-A0 | Sub Tank Return | 100 | 27.9232 | 2,792.32 | 1,600 |
| 5 | 7T43-8B273-B0 | Lower Branched Hose | 100 | 57.1416 | 5,714.16 | 12,532 |
| 6 | 7T43-8B274-B0 | Upper Branched Hose | 100 | 51.38 | 5138.00 | 13,556 |
| | | TOTAL | | | ####### | 32,668 |

**Payment Terms:** Net 30th
*Bank Information
  - Bank Name: HANA BANK
  - Address: 690-1, JUNG BU -DONG, YANGSAN, KYOUNGNAM, KOREA
  - Account No.: 536-910001-86532
  -Beneficiary: HS R&A Co.,Ltd.