# Commercial Invoice

Invoice No.:2006

**Supplier: HS R&A**
  147-1 Kyo Dong, Yangsan,
  Kyoungnam, Korea
**Contact name: Jun Kim**
**Tell: 248-901-1800 Ext 26**
**Supplier No.: DJAMA**
**Control No.:**
**Order Number: 20001060**
**Phase: HTFB**

**Ship to:  AI-WIXOM, LLC**
   50777 VARSITY COURT
   WIXOM MI 48393

| NO. | P/No | P/Name | Qty(pcs) | Pri US $/pc |
|---|---|---|---|---|
| 1 | 7T43-8C633-AB | HOSE COOL TO RESV | 8 | 50 |
| 2 | 7T43-8B273-AB | HOE&CLAMP ASY-RAD LOWER | 6 | 90 |
| 3 | 7T43-8B273-BB | HOE&CLAMP ASY-RAD LOWER | 3 | 90 |
|  |  | TOTAL | 17 |  |

**Payment Terms: Net 30th**
*Bank Information
  - Bank Name: HANA BANK
  - Address: 690-1, JUNG BU -DONG, YANGSAN, KYOUNGNAM, KOREA
  - Account No.: 536-910001-86532
  -Beneficiary: HS R&A Co.,Ltd.

603010-4

| ice |
|---:|
| US $ |
| 400 |
| 540 |
| 270 |
| 1,210 |