UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Votar, L.L.C.

              Plaintiff(s),                      Case No. 05-60125

v.                                           Judge John Corbett O'Meara

HS R&A Co., Ltd.                      Magistrate Judge Virginia M. Morgan

              Defendant(s).
_____/

**BILL OF COSTS**

On January 2, 2008, a judgment was entered in favor of Plaintiff, Votar, L.L.C. The prevailing party now requests the clerk to tax the following costs:

|   | CATEGORY | AMOUNT REQUESTED | ATTORNEY COMMENTS |
|---|---|---|---|
| A. | Fees of the Clerk (28:1920(1)(28:1923) | $255.00 | See Exhibit A. |
| B. | Court Reporter Fees | $3,021.65 | See Exhibit B. |
| C. | Witness Fees | | |
| D. | Service Fees | $30.00 | Service of Summons and Complaint - See Exhibit C |
| E. | Printing Fees | | |
| F. | Exemplification & Copy Fees* | | |
| G. | Other Costs | | |
|   | **TOTAL** | $3,306.65 | |

    *I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.*

Date: January 16, 2008                    s/Kevin P. Albus

                                     P53668
                                     Randall J. Gillary, P.C.
                                     201 W. Big Beaver Rd., Ste. 1020
                                     Troy, MI 48084
                                     (248) 528-0440
* Only upon Court Order               kalbus@gillarylaw.com

**On motion served within five (5) days thereafter, the action of the clerk may be reviewed by the court.**

Votar vs. HS RFees of the Clerk Ltd.
Case No. 05-60125

Plaintiff's Bill of Costs

| Exhibit A - Fees of the Clerk | |
| --- | --- |
| Description | Amount |
| Filing Fee and Jury Fee In Wayne County Circuit Court | $ 235.00 |
| Docket Fee Pursuant to 28 U.S.C. 1923(a) | $ 20.00 |
| Total Fees of the Clerk | $ 255.00 |

Votar vs. HS R&A, Ltd.
Case No. 05-60125

Plaintiff's Bill of Costs

| **Deposition** | **Date(s) Used** | **Reason(s) Used** | **Court Reporter Fee Calculation** | **Total Fee** |
|---|---|---|---|---|
| Young-Gun An 07/26/07 | 11/29/07 | Read to Jury at Trial | Original + One Copy<br>102 pages @$3.85 = $392.70<br>Court Reporter Appearance Fee = $130.00 | $522.70 |
| Peter Ulrich 7/21/06 | 12/29/06 | Plaintiff's Response to Defendant's Motion for Summary Judgment (Exhibit A) | One Copy = $667.45 | $667.45 |
| | 11/6/06 | Plaintiff's Response to Defendant's Motion to Compel Production of Documents (Exhibit E) | | |
| | 1/8/07 | Plaintiff's Reply Brief In Support of Motion for Partial Summary Judgment (Exhibit A) | | |
| Peter Ulrich Vol. II 9/25/06 | 12/1/06 | Plaintiff's Motion for Partial Summary Judgment (Exhibit M) | One Copy = $577.00 | $537.75 |
| | 12/29/06 | Plaintiff's Response to Defendant's Motion for Summary Judgment (Exhibit D) | | |
| | 11/2/06 | Plaintiff's Response to Defendant's Motion for Instruction (Exhibit I) | | |
| | 11/6/06 | Plaintiff's Response to | | |

Votar vs. HS R&A, Ltd.
Case No. 05-60125

Plaintiff's Bill of Costs

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Defendant's Motion to Determine Sufficiency (Exhibit E) |  |  |
| Keon Ho Lee 3/23/05 | 11/28/07 | Impeachment at Trial | Original +One Copy = $346.50<br>Court Reporter Appearance Fee = $100.00 | $446.50 |
|  | 12/29/05 | Plaintiff's Response to Defendant's Motion for Summary Judgment (Exhibit F) |  |  |
| Keon Ho Lee 7/20/06 | 11/28/07 | Impeachment at Trial | Original + One copy = $543.25<br>Court Reporter Appearance Fee = $150.00 | $693.25 |
| Keon Ho Lee 6/25/07 | 11/28/07 | Impeachment at Trial | Original + One copy<br>106 pages @ $3.25 = $344.50<br>Court Reporter Appearance Fee = $97.50 | $442.00 |
| Transcript of Motion Hearing 3/21/06 | 5/3/06 | Plaintiff's Motion for Settlement of Order Granting In Part Plaintiff's Motion to Compel Discovery (Exhibit A) | Transcript = $154.00 | $154.00 |
|  | 11/6/06 | Plaintiff's Response to Defendant's Motion to Determine Sufficiency (Exhibit B) |  |  |
|  | 7/24/06 | Plaintiff's Objections to Magistrate Judge's Orders Addressing Plaintiff's Motion to Compel Discovery (Exhibit E) |  |  |

Exhibit B – Court Reporter Fees

# Wittenberg Process Service, Inc.

PO Box 250283
West Bloomfield, MI 48325
248.855.6531

Randall J Gillary, P. C.

201 West Big Beaver Road, Suite 1020
Troy, Michigan 48084

Attention: Randall J. Gillary

Invoice Number 94939
Date 11/10/2003

Reference:
Plaintiff·Petitioner   Votar, L. L. C.
Defendant·Respondent   H S R & A Ltd. & R/ A Keon Ho Lee
Serve To   H S R & A Ltd. C/ O R/ A Keon Ho Lee
Case Number   03-335862 CZ
Court   3rd Circuit Court, Detroit, Mich 48226
Documents to be Served   Summons and Complaint

Date Served   11/11/2003

| Date | Service Description | Fee |
|---|---|---|
| 11/11/2003 | Summons and Complaint | $30 |
| | Total Fee | $30 |

Please detach and return with your payment. Make checks payable to Wittenberg Process Service, Inc.

Randall J Gillary, P. C.
201 West Big Beaver Road, Suite 1020
Troy, Michigan 48084

Attention: Randall J. Gillary

Wittenberg Process Service, Inc.
PO Box 250283
West Bloomfield, MI 48325

Invoice Number   94939
Invoice Date   11/25/2003
Attorney ID   rgil
Total Amount Due   $30

Amount Paid _____

Exhibit C - Service of Process