# Vital International Programs, Inc.

34514 Dequindre Road, Suite C
Sterling Heights, MI 48310
Phone 586-795-2500

Invoice

| Date | Invoice # |
|---|---|
| 3/24/2005 | 938093 |

**Bill To**

LAW OFFICES OF RANDALL GILLARY P.C.
Attn: Ms. Pat Miracola
201 W. Big Beaver Rd - Ste 118
Troy, MI 48083

| Project No. | Rep | P.O. No. | Terms |
|---|---|---|---|
| 050321-0593 | LN | | Payment upon receipt |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Korean/English interpretation<br>Location: Law Offices of John Libby<br>Date: March 23rd, 2005 | 3.5 | 100.00 | 350.00 |
| Mileage to and from assignment | 10 | 0.34 | 3.40 |

Thank you for trusting VIP, Inc with this vital service.
We look forward to serving you again.

| | |
|---|---|
| Total | $353.40 |
| Payments/Credits | $0.00 |
| Balance Due | $353.40 |

RECEIVED MAR 3 0 2005

# Vital International Programs, Inc.

34514 Dequindre Road, Suite C
Sterling Heights, MI 48310
Phone 586-795-2500
Fax  586-795-5763

Invoice

| Date | Invoice # |
|---|---|
| 7/24/2006 | 939222 |

**Bill To**

LAW FIRM OF RANDALL GILLARY
Attn: Pat Miracole
201 W. Big Beaver
Troy, MI 48084

| Supplier No. | Rep | P.O. No. | Terms |
|---|---|---|---|
|  | LN |  | Payment upon receipt |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Korean/English Interpretation @ Law Firm of John Libby - 9 PM to 4 PM | 7 | 80.00 | 560.00 |
| Mileage to and from assignment | 20 | 0.40 | 8.00 |

Thank you for trusting VIP, Inc with this vital service.
We look forward to serving you again.

| | |
|---|---|
| Total | $568.00 |
| Payments/Credits | $0.00 |
| Balance Due | $568.00 |

RECEIVED JUL 2 6 2006

# Vital International Programs, Inc.

34514 Dequindre Road, Suite C
Sterling Heights, MI  48310
Phone 586-795-2500
Fax    586-795-5763

**Invoice**

| Date | Invoice # |
|---|---|
| 7/2/2007 | 940222 |

**Bill To**

LAW FIRM OF RANDALL GILLARY
Attn: Randy Gillary Esq.
201 W. Big Beaver
Troy, MI 48084

| Supplier No. | Rep | P.O. No. | Terms |
|---|---|---|---|
|  | LN |  | Payment upon receipt |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Korean/English Interpretation on June 25, 2007 | 3 | 90.00 | 270.00 |
| Mileage to and from assignment | 24 | 0.45 | 10.80 |

Thank you for trusting VIP, Inc with this vital service.
We look forward to serving you again.

| | |
|---|---|
| Total | $280.80 |
| Payments/Credits | $0.00 |
| Balance Due | $280.80 |



Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684
2301 W. Big Beaver Road, Suite 925
Troy, Michigan  48084
(248) 205-7010     Fax (248) 205-7040

105276    NRPT 01

To:
Randall J. Gillary
201 W. Big Beaver
Ste. 1020
Troy, MI 48084

| INVOICE NUMBER | DATE |
|---|---|
| 110328EMI | 08/15/07 |

ATTN : Randall J. Gillary, Esq.

Due Upon Receipt | AMOUNT DUE | ENCL.

YOUR REFERENCE NUMBER:

CAPTION:
VOTAR VS. HSR & A

SERVICES PROVIDED ON 07/26/07:

Jung An

Interpreter                                                     978.00

BALANCE DUE                                       TOTAL    978.00   Thank You!

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 866-5560
Fax (248) 205-7040

Please detach and send with payment



Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684
2301 W. Big Beaver Road, Suite 925
Troy, Michigan 48084
(248) 205-7010     Fax (248) 205-7040

105260     ESQGA01

To:
Randall J. Gillary
201 W. Big Beaver
Ste. 1020
Troy, MI 48084

ATTN : Randall J. Gillary, Esq.

| INVOICE NUMBER | DATE |
|---|---|
| 110182EMI | 08/09/07 |

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
VOTAR VS. HSR & A

SERVICES PROVIDED ON 07/26/07:

Jung An

Video Recording — 490.00
Delivery — 9.00

BALANCE DUE

TOTAL     499.00     Thank You!

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 866-5560
Fax (248) 205-7040

Please detach and send with payment



Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684
2301 W. Big Beaver Road, Suite 925
Troy, Michigan 48084
(248)205-7010    Fax (248)205-7040

107701    MURPP01

To:
Randall J. Gillary
201 W. Big Beaver
Ste. 1020
Troy, MI 48084

ATTN : Randall J. Gillary, Esq.

| INVOICE NUMBER | DATE |
|---|---|
| 112230EMI | 12/06/07 |

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

VOTAR VS. HSR & A

SERVICES PROVIDED ON 11/28/07:

Playback of Jung An

Courtroom Presentation                    600.00
Delivery Set Up and Take Down             115.00

BALANCE DUE

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

TOTAL    715.00    Thank You!

For Invoice Questions,
Please Call
(800)866-5560
Fax (248)205-7040

RECEIVED DEC 1 2 2007

Please detach and send with payment

---

Remit To:

Esquire Deposition Services, LLC
P.O. Box 785751
Philadelphia, PA 19178-5751
Tax ID # 22-3779684

JOB: 107701   TOT: $715.00
INVOICE #: 112230EMI
DATE: 12/06/07

Randall J. Gillary
Attn: Randall J. Gillary, Esq.
201 W. Big Beaver
Ste. 1020
Troy, MI 48084



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



# ESQUIRE
DEPOSITION SERVICES®

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684
2301 W. Big Beaver Road, Suite 925
Troy, Michigan 48084
(248)205-7010    Fax (248)205-7040

107754    MURPP01

To:
Randall J. Gillary
201 W. Big Beaver
Ste. 1020
Troy, MI 48084

ATTN : Randall J. Gillary, Esq.

| INVOICE NUMBER | DATE |
|---|---|
| 112231EMI | 12/06/07 |

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
VOTAR VS. HSR & A

SERVICES PROVIDED ON 11/29/07:

Playback of Jung An

Courtroom Presentation                              600.00
Delivery Set Up and Take Down                       115.00

BALANCE DUE

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

TOTAL    715.00  Thank You!

For Invoice Questions,
Please Call
(800)866-5560
Fax (248)205-7040

RECEIVED DEC 1 2 2007

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA 19178-5751
Tax ID # 22-3779684

JOB: 107754    TOT: $715.00
INVOICE #: 112231EMI
DATE: 12/06/07

Randall J. Gillary
Attn: Randall J. Gillary, Esq.
201 W. Big Beaver
Ste. 1020
Troy, MI 48084



LINKING TESTIMONY, TRADITION AND TECHNOLOGY